```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,  :
    Plaintiff
                                             :

    vs.                       :  CRIMINAL NO.  1:CR-01-248-02
                                             :

MICHAEL ANTHONY PARKER,
    Defendant               :

O R D E R

AND NOW, this 9th day of May, 2005, pursuant to the decision of the Third Circuit Court of Appeals, James J. West, Esquire, 105 North Front Street, Harrisburg, PA 17101, is appointed to represent Defendant in connection with his resentencing.

Resentencing is scheduled for Wednesday, May 25, 2005, at 2:00 p.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge