# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

**UNITED STATES OF AMERICA**              CASE NO. CR-01-00248-002

    **vs.**                                                    *Judge Caldwell*

**MICHAEL ANTHONY PARKER**

---

Type of Case:
           ( ) Civil                              (X) Criminal

(X) Take notice that the proceeding in this case has been
    <u>RESCHEDULED</u>   for the place, date and time set forth below:

**United States District Court**          **COURTROOM NO. 1 - Ninth Floor**
**228 Walnut Street**                     **FROM: May 25, 2005 at 2:00 p.m.**
**Harrisburg, PA 17108**                  **TO: May 25, 2005 at 9:30 a.m.**

**TYPE OF PROCEEDING:**                   **Resentencing**

*NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.*

Mary E. D'Andrea, Clerk

**Ann Severino-Michael**
**Deputy Clerk**

Dated: May 19, 2005

Judge William W. Caldwell
Christy Fawcett, AUSA
James J. West, Esquire
U.S. Marshal
U.S. Probation
Michael Anthony Parker (IN CUSTODY)
Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)
File Copy

FILED
HARRISBURG, PA

MAY 1 9 2005

MARY E. D'ANDREA, CLERK
Deputy Clerk