UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:CR-01-00248 |
| | ) | |
| v. | ) | (Judge Caldwell) |
| | ) | |
| **MICHAEL PARKER** | ) | (Electronically Filed) |

### ORDER

**AND NOW**, this _____ day of May, 2005, upon consideration of the government's Motion for Reduction of Sentence Pursuant to Fed.R.Crim.P. 35 (b), and for the reasons stated therein, the Motion is hereby **GRANTED**.

The defendant's sentence of 96 months imprisonment is hereby reduced by 10 per cent to 86 months' imprisonment in recognition of his substantial assistance to the government.

_____
WILLIAM W. CALDWELL
U.S. District Court Judge