I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named **M. PANEQA** from the **BOP** to the **DCP** This **23** day of **MAY** **2005**

_____
M. Regan
U.S. Marshal, M/D PA

By _____ for R. DePetunca

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named **M. Parker** from the **Dauphin** to the **Lewisburg Bus** This **6th** day of **June** **2005**

M. Regan
U.S. Marshal, M/D PA

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named _____ from the _____ to the _____ This ___ day of _____ 19___

U.S. Marshal, M/D PA
By _____

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named _____ from the _____ to the _____ This ___ day of _____

U.S. Marshal, M/D PA

01-CR-248-02

**FILED**
HARRISBURG, PA

JUN 07 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk