JUN-23-05 THU 01:36 PM                        FAX NO.                          P. 04/08

AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant:     Michael Anthony Parker                                    Judgment-Page 2 of 6
Case Number:   1:CR-01-00248-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 96 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at _____ a.m./p.m. on _____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Order Rec'd on 6/23/05 to FCI Elkton                                     at

Elkton, OH                                              , with a certified copy of this judgment.

                                        T. R. Sniezek, Warden
                                        ~~United States Marshal~~

                                        B. Alson, Ex.
                                        ~~Deputy Marshal~~