AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant: Michael Anthony Parker  
Case Number: 1:CR-01-00248-002

Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>96 months.</u>

[ ] The court makes the following recommendations to the Bureau of Prisons:

**FILED**  
HARRISBURG, PA  
JUL 26 2005  
MARY E. D'ANDREA, CLERK  
Per _____

[X] The defendant is remanded to the custody of the United States Marshal.  
[ ] The defendant shall surrender to the United States Marshal for this district,
- [ ] at ____ a.m./p.m. on _____
- [ ] as notified by the U.S. Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
- [ ] before 2 p.m. on _____
- [ ] as notified by the United States Marshal.
- [ ] as notified by the probation office.
- [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Order Rec'd  
~~Defendant delivered~~ on 6/23/05 to FCI Elkton _____ at  
_____ Elkton, OH _____, with a certified copy of this judgment.

T. R. Snieeek, Warden  
~~United States Marshal~~

B. _____  
~~Deputy Marshal~~